# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Defense Support Services LLC | )   ASBCA Nos. 59380, 59381 |
| | )                                    59424, 59425 |
| Under Contract Nos. N68171-01-D-4043 | ) |
| N68171-08-D-0001 | ) |

APPEARANCES FOR THE APPELLANT:       Richard C. Johnson, Esq.
                                     Keeley A. McCarty, Esq.
                                       Smith Pachter McWhorter PLC
                                       Vienna, VA

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
                                       Navy Chief Trial Attorney
                                     David L. Koman, Esq.
                                       Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 4 December 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59380, 59381, 59424, 59425, Appeals of Defense Support Services LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals